# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS, INDIANA

| | |
|---|---|
| KEITH MCCOY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:23-cv-01318 |
| | ) |
| EHOB, INC. | ) |
| Defendant, | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on May 5, 2023.

## PARTIES

3. Plaintiff is homosexual male, and at all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. On June 21, 2021, Plaintiff began working at Defendant.

6. Plaintiff was hired as a packaging/warehouse associate.

7. Plaintiff performed his job well.

8. Plaintiff was a temp to hire.

9. After successfully completing his first 90 days, Plaintiff was to be hired.

10. After the first 90 days, Plaintiff was terminated due to production.

11. Plaintiff complained to HR that he was being discriminated against and that he didn't have any issues with production.

12. Soon after, Plaintiff was rehired.

13. On December 12, 2021, ten days before completing his second 90 days, Plaintiff was told he was being fired for production.

14. However, Plaintiff didn't have any issues with production.

15. Later, Plaintiff was told that he was being fire because he was moving to slow.

16. However, other individuals outside of Plaintiff's protected class engaged in conduct of comparable seriousness were hired and were not terminated.

17. Plaintiff was not hired due to his sexual orientation.

18. Plaintiff was terminated due to his sexual orientation.

## COUNT I

19. Plaintiff incorporates by reference paragraphs 1-16.

20. Defendant, as a result of not hiring Plaintiff due to his sexual orientation, violated the Title VII 42 U.S.C. § 2000e.

## COUNT II

21. Plaintiff incorporates by reference paragraphs 1-16.

22. Defendant, as a result of terminating Plaintiff due to his sexual orientation, Title VII 42 U.S.C. § 2000e.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240

(317) 960-5070